**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2022**

_____

ROBERT MATERSON,

Plaintiff - Appellant,

versus

KATHERYNE E. STOKES, Area Director, EEOC
Norfolk Area Office; BOB SIEZER, EEO Coordi-
nator, Commonwealth of Virginia/Corrections
Department,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge. (CA-95-985)

_____

Submitted:  January 23, 1997          Decided:  January 29, 1997

_____

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Materson, Appellant Pro Se.  Lamont Navarro White, UNITED
STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Washington, D.C.;
Ronald Nicholas Regnery, OFFICE OF THE ATTORNEY GENERAL OF VIR-
GINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Materson v. Stokes</u>, No. CA-95-985 (E.D. Va. June 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2